UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Aaron D. Younker,

    Plaintiff,

          v.                        Case No.  1:14cv096

City of Lynchburg, Ohio, *et al.*,         Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on February 12, 2014 (Doc. 6).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 6) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 6) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 6) of the Magistrate Judge is hereby **ADOPTED.** The Plaintiff's Complaint is **DISMISSED** with prejudice in its entirety. Consistent with the recommendation by the Magistrate Judge, if Plaintiff's remaining seven pending complaints identified in the Report and Recommendation (Doc. 6) are dismissed as frivolous, and the Plaintiff continues to file lawsuits, then he shall be barred from filing any subsequent lawsuits that pertain to his 2007 conviction and will be subjected to sanctions under Fed. R. Civ. R. 11 as a vexatious litigator.

    Pursuant to 28 U.S.C. § 1915(a), any request for certificate of appealability or request to appeal *in forma pauperis* would not be taken in good faith and would be denied. Plaintiff,

1

however, remains free to apply to proceed *in forma pauperis* in the Court of Appeals

**IT IS SO ORDERED.**

                                                      *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge